[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 51.]

THE STATE OF OHIO, APPELLANT, *v.* WHITE, APPELLEE.

[Cite as *State v. White*, 1998-Ohio-665.]

*Certification of conflict allowed—Criminal procedure—Classification as sexual predator—Court of appeals' judgment reversed on authority of State v. Cook—Trial court's finding that defendant is a sexual predator reinstated.*

(No. 98-1878—Submitted October 13, 1998—Decided December 2, 1998.)

CERTIFIED by the Court of Appeals for Lucas County, No. L-97-1279.

_____

*Julia R. Bates*, Lucas County Prosecuting Attorney, and *Craig T. Pearson*, Assistant Prosecuting Attorney, for appellant.

_____

{¶ 1} The certified conflict is allowed.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 3} The trial court's finding that James E. White is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

_____